**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern _____ District of _North Carolina_
(State)

Case number (*If known*): _____ Chapter _7_

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☑ Chapter 7
☐ Chapter 11

## Part 2:   Identify the Debtor

**2. Debtor's name**

NecoSage, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

8 8 – 3 3 5 7 1 1 2
EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 4801 Glenwood Ave. | 4445 Corporation Lane, Suite 264 |
| Number     Street | Number     Street |
| Suite 200 | |
| | P.O. Box |
| Raleigh          NC    27612 | Virginia Beach          VA    23462 |
| City          State   ZIP Code | City          State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Wake | Number     Street |
| County | |
| | City          State   ZIP Code |

Document Ref: RBRAR-X5I6D-8U4O2-CYMHD

Debtor    NecoSage, LLC        Case number (if known)_____
       Name

---

**6. Debtor's website** (URL) _____

---

**7. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

*Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____

  District _____ Date filed _____ Case number, if known_____
                                          MM / DD / YYYY

  Debtor _____ Relationship _____

  District _____ Date filed _____ Case number, if known_____
                                          MM / DD / YYYY

---

**Part 3:**    **Report About the Case**

**10. Venue**

*Check one:*

- ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☑ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Official Form 205        Involuntary Petition Against a Non-Individual        page 2

Document Ref: RBRAR-X5I6D-8U4O2-CYMHD

| Debtor | NecoSage, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Endgame Holdings, LLC | Money loaned | $ 302,747.00 |
| Harry Haus | Money loaned | $ 50,000.00 |
| Raman Gulati | Money loaned | $ 100,000.00 |
| | Total of petitioners' claims | $ 452,747.00* |

*Does not include interest and attorney's fees as allowed under the loan documents

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:   Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**

Endgame Holdings, LLC
Name

2111 W Churchill St. #109
Number     Street

| Chicago | IL | 60647 |
|---|---|---|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

Name

Number     Street

| City | State | ZIP Code |
|---|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2026-02-23
MM / DD / YYYY

**X** *Mike Dienhart*        Dr. Michael Dienhart, Manager

Signature of petitioner or representative, including representative's title

**Attorneys**

A. Lee Hogewood, III (Attorney for Endgame Holdings, LLC)
Printed name

K&L Gates LLP
Firm name, if any

301 Hillsborough St, Suite 1200
Number     Street

| Raleigh | NC | 27603 |
|---|---|---|
| City | State | ZIP Code |

Contact phone   919-743-7306        Email   lee.hogewood@klgates.com

Bar number   17451

State   North Carolina

**X** _____ Signature of attorney

Date signed   _____
MM / DD / YYYY

Document Ref: RBRAR-X5I6D-8U4O2-CYMHD

Debtor    NecoSage, LLC
Name

Case number (if known)_____

**Name and mailing address of petitioner**

Harry Haus
Name

2240 New River Inlet Rd., Unit 226
Number    Street

N Topsail Beach          NC          28460
City                     State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                     State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2026-02-23
              MM  / DD / YYYY

✗ _Harry_ _____
Signature of petitioner or representative, including representative's title

---

Printed name _____

Firm name, if any _____

Number    Street

City              State        ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM  / DD / YYYY

---

**Name and mailing address of petitioner**

Raman Gulati
Name

3814 Brittany Lane
Number    Street

La Crescenta              CA          91214
City                     State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                     State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2026-02-23
              MM  / DD / YYYY

✗ _Raman Gulati_ _____
Signature of petitioner or representative, including representative's title

---

Printed name _____

Firm name, if any _____

Number    Street

City              State        ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM  / DD / YYYY

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 4

Document Ref: RBRAR-X5I6D-8U4O2-CYMHD

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
**RBRAR-X5I6D-8U4O2-CYMHD**

DOCUMENT COMPLETED BY ALL PARTIES ON
**23 FEB 2026 20:30:09
UTC**

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|

### MIKE DIENHART

EMAIL
**MIKEDIENHART@GMAIL.COM**

SENT
**23 FEB 2026 20:07:19**

VIEWED
**23 FEB 2026 20:08:34**

SIGNED
**23 FEB 2026 20:09:00**

*Mike Dienhart*

IP ADDRESS
**172.59.189.45**

LOCATION
**CHICAGO, UNITED STATES**

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
**23 FEB 2026 20:08:34**

---

### HARRY HAUS

EMAIL
**HARRY@H2ACCOUNTING.NET**

SENT
**23 FEB 2026 20:07:19**

VIEWED
**23 FEB 2026 20:22:03**

SIGNED
**23 FEB 2026 20:23:00**

IP ADDRESS
**75.138.210.20**

LOCATION
**HOLLY RIDGE, UNITED STATES**

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
**23 FEB 2026 20:22:03**



# CERTIFICATE *of* SIGNATURE

REF. NUMBER
**RBRAR-X5I6D-8U4O2-CYMHD**

DOCUMENT COMPLETED BY ALL PARTIES ON
**23 FEB 2026 20:30:09**
**UTC**

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **RAMAN GULATI** <br><br> EMAIL <br> **RAMANDEEP.GULATI@GMAIL.COM** | SENT <br> **23 FEB 2026 20:07:19** <br><br> VIEWED <br> **23 FEB 2026 20:25:12** <br><br> SIGNED <br> **23 FEB 2026 20:30:09** | *Raman Gulati* <br><br> IP ADDRESS <br> **97.90.11.68** <br><br> LOCATION <br> **LOS ANGELES, UNITED STATES** |

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
**23 FEB 2026 20:25:12**

Signed with PandaDoc

