IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NecoSage, LLC, | ) | Case No. 26-00822-5-DMW |
| | ) | |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

### CERTIFICATE OF SERVICE FOR ALL PLEADINGS TO DATE

I certify that I caused the *Involuntary Petition, Summons to Debtor in Involuntary Case, Motion of Petitioning Creditor for Appointment of an Interim Trustee, Unsworn Declaration under Penalty of Perjury pursuant 28 USC § 1746, Notice of Hearing*, and *Notice to Creditors and Other Parties in Interest* to be served on the Debtor via FedEx, US Certified Mail, and US First Class Mail at the following addresses:

4801 Glenwood Ave, Suite 200
Raleigh, NC 27612

4445 Corporation Lane, Suite 264
Virginia Beach, VA 23462

Dated: February 25, 2026              **K&L GATES LLP**

　　　　　　　　　　　　　　　　　　　　　　　/s/ A. Lee Hogewood
　　　　　　　　　　　　　　　　　　　　　　A. Lee Hogewood, III
　　　　　　　　　　　　　　　　　　　　　　North Carolina State Bar No. 17451
　　　　　　　　　　　　　　　　　　　　　　Gunjan D. Devnani
　　　　　　　　　　　　　　　　　　　　　　North Carolina State Bar No. 62331
　　　　　　　　　　　　　　　　　　　　　　K&L Gates LLP
　　　　　　　　　　　　　　　　　　　　　　301 Hillsborough Street, Suite 1200
　　　　　　　　　　　　　　　　　　　　　　Raleigh, North Carolina 27603
　　　　　　　　　　　　　　　　　　　　　　Telephone: 919-743-7306
　　　　　　　　　　　　　　　　　　　　　　E-mail:  Lee.Hogewood@klgates.com
　　　　　　　　　　　　　　　　　　　　　　Gunjan.Devnani@klgates.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Endgame Holdings, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was filed electronically in accordance with the local rules and was served on NecoSage, LLC, the debtor in this case, by First Class Mail and Federal Express at the following addresses:

4801 Glenwood Ave, Suite 200
Raleigh, NC 27612

Alternate Address:
4445 Corporation Lane, Suite 264
Virginia Beach, VA 23462

      Dated: February 25, 2026

                                                           */s/ A. Lee Hogewood*
                                                           A. Lee Hogewood