**VAN–100** Notice of Continued Hearing – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
NecoSage, LLC
 ( debtor has no known aliases )
4445 Corporation Lane, Suite 264
Virginia Beach, VA 23462

TaxID: 88–3357712

CASE NO.: 26–00822–5–DMW

DATE FILED: February 24, 2026

CHAPTER: 7

### NOTICE OF CONTINUED HEARING

NOTICE IS HEREBY GIVEN that the hearing has been continued and will be held as indicated below:

DATE:    Monday, March 2, 2026
TIME:    12:30 PM
PLACE:   300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

 Emergency Motion to Appoint Trustee filed by A. Lee Hogewood III on behalf of Endgame Holdings, LLC

and to transact all other business as may properly come before the court.

DATED: February 25, 2026

                                                Stephanie J. Butler
                                                Clerk of Court