**VAN–076** Certificate of Telephonic Notice – Rev. 01/28/2026

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
NecoSage, LLC
4445 Corporation Lane, Suite 264
Virginia Beach, VA 23462

CASE NO.: 26–00822–5–DMW

DATE FILED: February 24, 2026

TaxID: 88–3357712

CHAPTER: 7

## CERTIFICATE OF EMAIL NOTICE

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that the following individual(s) were given email notice on **February 25, 2026** as indicated below:

A. Lee Hogewood: lee.hogewood@klgates.com
Brian Behr: brian_behr@nceba.uscourts.gov
Kirstin Gardner: kirstin_gardner@nceba.uscourts.gov

that a hearing will be held by telephone as indicated below:

DATE:   February 25, 2026
TIME:   03:00 PM

to consider and act on the following matters:

Motion for Temporary Restraining Order Against NecoSage, LLC filed by A. Lee Hogewood III on behalf of Endgame Holdings, LLC

To join the conference call, please dial 1–571–353–2301 or toll free 1–833–990–9400.

Meeting ID: 463705075

DATED: February 25, 2026

Sarah Donleycott
Deputy Clerk