United States Bankruptcy Court
Eastern District of North Carolina

In re:  Case No. 26-00822-DMW
NecoSage, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5  User: admin  Page 1 of 1
Date Rcvd: Feb 24, 2026  Form ID: van057  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | NecoSage, LLC, 4445 Corporation Lane, Suite 264, Virginia Beach, VA 23462-3671 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Lee Hogewood, III | on behalf of Petitioning Creditor Endgame Holdings  LLC lee.hogewood@klgates.com, brian.fork@klgates.com;margaret.westbrook@klgates.com;john.gardner@klgates.com;heather.yeomans@klgates.com;gabrielle.phillips@klgates.com;carolyn.hall@klgates.com;courtney.ritter@klgates.com;mary-beth.pearson@klgate |

TOTAL: 1

**VAN–057** Notice to Creditors and Other Parties in Interest – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
NecoSage, LLC

*( debtor has no known aliases )*
4445 Corporation Lane, Suite 264
Virginia Beach, VA 23462

TaxID: 88–3357712

CASE NO.: 26–00822–5–DMW

DATE FILED: February 24, 2026

CHAPTER: 7

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE: Wednesday, February 25, 2026
TIME: 10:00 AM
PLACE: 300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

Emergency Motion to Appoint Trustee filed by A. Lee Hogewood III on behalf of Endgame Holdings, LLC

and to transact all other business as may properly come before the court.

DATED: February 24, 2026

Stephanie J. Butler
Clerk of Court