# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| **NecoSage, LLC,**  **Alleged Debtor** | **Case No 26-00822-5-DMW**  **Chapter 7 (Involuntary)** |
|---|---|
| **NOTICE OF APPEARANCE** ||

Please take notice that John A. Northen of the firm of Northen Blue, LLP hereby enters an appearance as Local Civil Rule 83.1(d) Counsel on behalf of NecoSage, LLC in the above-referenced proceeding. Mr. Northen hereby requests that his name be added to the mailing lists maintained by the Clerk in the above proceeding and that all notices be given to and served upon him at the address set forth below.

March 1, 2026

NORTHEN BLUE, LLP
/s/ John A. Northen
John A. Northen, NCSB #6789
jan@nbfirm.com
1414 Raleigh Road, Suite 435
Chapel Hill, NC  27517
Telephone No. (919) 948-6823
Local Civil Rule 83.1(d) Counsel for the Debtor