# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | |
|---|---|
| In re:<br><br>NECOSAGE, LLC<br><br>          Alleged Debtor. | Chapter 7 (Involuntary)<br><br>Case No. 26-00822-5 (DMW) |

## NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Harley J. Goldstein, Ainsley G. Moloney, and Maria Aprile Sawczuk hereby enter a notice of special appearance as attorneys for NecoSage, LLC in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, John A. Northen, and request that a copy of all notices to creditors and other parties in interest be served upon them as attorneys for NecoSage, LLC.

We certify that we have reviewed Local Bankruptcy Rule 2090-1(c) and Local Civil Rule 83.1 (e) and will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

*[remainder of page left intentionally blank]*

Dated: March 1, 2026

*/s/ Harley J. Goldstein*
Harley J. Goldstein, Esq.

*/s/ Ainsley G. Moloney*
Ainsley G. Moloney, Esq.

**GOLDSTEIN & MCCLINTOCK LLLP**
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
harleyg@goldmclaw.com
ainsleyg@goldmclaw.com

-and-

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com

*Attorneys for the Alleged Debtor*

*/s/ John A. Northen*
John A. Northen, Esq.
**NORTHEN BLUE, LLP**
1414 Raleigh Rd., Ste 435
Chapel Hill, NC 27517
Telephone:  (919) 948-6823
jan@nbfirm.com

*Local Civil Rule 83.1(d) Attorney for Alleged Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| In re:<br><br>NECOSAGE, LLC<br><br>Alleged Debtor. | Chapter 7 (Involuntary)<br><br>Case No. 26-00822-5 (DMW) |

**CORPORATE OWNERSHIP STATEMENT (RULE 1011(f))**

Pursuant to Federal Rule of Bankruptcy Procedure 1011(f), Local Civil Rule 7.3(a), EDNC, and to enable the Judges to evaluate possible disqualification or recusal, NecoSage, LLC ("*NecoSage*" or the "*Alleged Debtor*"), by and through its undersigned counsel, hereby certifies that the following are corporations, other than the debtor or a governmental unit, that directly or indirectly own 10% or more of any class of the Alleged Debtor's equity interests:

**Simorq, Capital LLC**          70%

*[remainder of page left intentionally blank]*

Dated: March 1, 2026

Respectfully submitted,

By: */s/ Harley J. Goldstein*
**GOLDSTEIN & MCCLINTOCK LLLP**
Harley J. Goldstein, Esq.
Ainsley G. Moloney, Esq.
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
harleyg@goldmclaw.com
ainsleyg@goldmclaw.com

-and-

Maria Aprile Sawczuk
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com

*Attorneys for the Alleged Debtor*

By: */s/ John A. Northen*
John A. Northen, Esq.
**NORTHEN BLUE, LLP**
1414 Raleigh Rd., Ste 435
Chapel Hill, NC 27517
Telephone:  (919) 948-6823
jan@nbfirm.com

*Local Civil Rule 83.1(d) Attorney for Alleged Debtor*

2