# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| IN RE:<br><br>NECOSAGE, LLC<br><br>ALLEGED DEBTOR | CASE NO. 26-00822-5-DMW<br>CHAPTER 7 (Involuntary) |
|---|---|
| **CERTIFICATE OF SERVICE** ||

The undersigned hereby certifies that a copy of each of the documents listed below was served by automatic ECF notice on March 1, 2026, upon the following:

| Brian Behr<br>US Bankruptcy Administrator | Lee Hogwood, III<br>Gunjan D. Devnani<br>Counsel for Endgame Holdings, LLC |
|---|---|

1. Notice of Appearance (DE 16).
2. Notice of Special Appearance (DE 17)
3. Notice of Special Appearance (DE 18)
4. Notice of Special Appearance (DE 19)
5. Alleged Debtor's (I) Objection To (A) Emergency Motion For Appointment Of An Interim Trustee And (B) Emergency Motion For Temporary Restraining Order; (Ii) Motion To (X) Convert To A Case Under Chapter 11 And (Y) Transfer To Proper Venue; And (Iii) Conditional Consent To Order For Relief. (DE 20)

Under penalty of perjury, I declare that the foregoing is true and correct.

March 1, 2026

/s/ John A. Northen

NORTHEN BLUE LLP
John A. Northen, NCSB 6789
jan@nbfirm.com
1414 Raleigh Road, Suite 435
Chapel Hill, North Carolina 27517
Telephone: (919) 948-6823
Local Counsel for NecoSage, LLC