IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| In re: | Chapter 7 (Involuntary) |
| NECOSAGE, LLC, | Case No. 26-00822-5 (DMW) |
| Alleged Debtor. | Related to Docket No. 20 |

**ALLEGED DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 11**

NecoSage, LLC ("*NecoSage*" or the "*Alleged Debtor*"), by and through its undersigned counsel, hereby desires to exercise its right to converting this bankruptcy case to chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"), and respectfully requests an order of this Court in accordance therewith.

In support hereof, NecoSage respectfully incorporates by reference those recitations of fact and law set forth its earlier-filed *Alleged Debtor's (I) Objection to (A) Emergency Motion for Appointment of an Interim Trustee and (B) Emergency Motion for Temporary Restraining Order; (II) Motion to (X) Convert to a Case Under Chapter 11 and (Y) Transfer to Proper Venue; and (III) Conditional Consent to Order for Relief*, which appears at Docket No. 20 herein.

*[remainder of page left intentionally blank]*

Dated: March 2, 2026

*/s/ Harley J. Goldstein*
Harley J. Goldstein, Esq.

*/s/ Ainsley G. Moloney*
Ainsley G. Moloney, Esq.

**GOLDSTEIN & MCCLINTOCK LLLP**
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
harleyg@goldmclaw.com
ainsleyg@goldmclaw.com

-and-

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com

*Attorneys for the Alleged Debtor*


*/s/ John A. Northen*
John A. Northen, Esq.
**NORTHEN BLUE, LLP**
1414 Raleigh Rd., Ste 435
Chapel Hill, NC 27517
Telephone:  (919) 948-6823
jan@nbfirm.com

*Local Civil Rule 83.1(d) Attorney for Alleged Debtor*