IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| In re:<br><br>NECOSAGE, LLC,<br><br>            Alleged Debtor. | Chapter 7 (Involuntary)<br><br>Case No. 26-00822-5 (DMW)<br><br>Related to Docket No. 20 |

**ALLEGED DEBTOR'S NOTICE OF CONDITIONAL CONSENT
TO ORDER OF RELIEF ON INVOLUNTARY BANKRUPTCY PETITION**

      NecoSage, LLC ("*NecoSage*" or the "*Alleged Debtor*"), by and through its undersigned counsel, hereby conditionally consents to the entry of an order of relief on the involuntary bankruptcy petition filed in this case, solely to the extent the Court enters an order consistent with the Alleged Debtor's election to convert this case to chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"), as more fully explained in NecoSage's earlier-filed *Alleged Debtor's (I) Objection to (A) Emergency Motion for Appointment of an Interim Trustee and (B) Emergency Motion for Temporary Restraining Order; (II) Motion to (X) Convert to a Case Under Chapter 11 and (Y) Transfer to Proper Venue; and (III) Conditional Consent to Order for Relief*, which appears at Docket No. 20 herein (and is incorporated by reference as if fully set forth herein).[1]

*[remainder of page left intentionally blank]*

---

[1] Nothing herein shall be construed as a waiver by NecoSage of any other matter, and NecoSage explicitly reserves all of its rights and remedies.

Dated: March 2, 2026

*/s/ Harley J. Goldstein*
Harley J. Goldstein, Esq.

*/s/ Ainsley G. Moloney*
Ainsley G. Moloney, Esq.

**GOLDSTEIN & MCCLINTOCK LLLP**
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
harleyg@goldmclaw.com
ainsleyg@goldmclaw.com

-and-

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com

*Attorneys for the Alleged Debtor*


*/s/ John A. Northen*
John A. Northen, Esq.
**NORTHEN BLUE, LLP**
1414 Raleigh Rd., Ste 435
Chapel Hill, NC 27517
Telephone:  (919) 948-6823
jan@nbfirm.com

*Local Civil Rule 83.1(d) Attorney for Alleged Debtor*