# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | |
|---|---|
| In re: | Chapter 7 (Involuntary) |
| NECOSAGE, LLC | Case No. 26-00822-5 (DMW) |
| Alleged Debtor. | Related to Docket No. 20 |

## ALLEGED DEBTOR'S MOTION TO TRANSFER VENUE

NecoSage, LLC ("*NecoSage*" or the "*Alleged Debtor*"), by and through its undersigned counsel, hereby moves for entry of an order transferring venue of this case to the United States Bankruptcy Court for the District of Delaware.

In support hereof, NecoSage respectfully incorporates by reference those recitations of fact and law set forth its earlier-filed *Alleged Debtor's (I) Objection to (A) Emergency Motion for Appointment of an Interim Trustee and (B) Emergency Motion for Temporary Restraining Order; (II) Motion to (X) Convert to a Case Under Chapter 11 and (Y) Transfer to Proper Venue; and (III) Conditional Consent to Order for Relief*, which appears at Docket No. 20 herein.

*[remainder of page left intentionally blank]*

Dated: March 2, 2026

*/s/ Harley J. Goldstein*
Harley J. Goldstein, Esq.

*/s/ Ainsley G. Moloney*
Ainsley G. Moloney, Esq.

**GOLDSTEIN & MCCLINTOCK LLLP**
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
harleyg@goldmclaw.com
ainsleyg@goldmclaw.com

-and-

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com

*Attorneys for the Alleged Debtor*


*/s/ John A. Northen*
John A. Northen, Esq.
**NORTHEN BLUE, LLP**
1414 Raleigh Rd., Ste 435
Chapel Hill, NC 27517
Telephone:  (919) 948-6823
jan@nbfirm.com

*Local Civil Rule 83.1(d) Attorney for Alleged Debtor*