# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| IN RE:<br><br>NECOSAGE, LLC<br><br>ALLEGED DEBTOR | CASE NO. 26-00822-5-DMW<br>CHAPTER 7 (Involuntary) |
|---|---|
| **CERTIFICATE OF SERVICE** ||

The undersigned hereby certifies that a copy of each of the documents listed below was served by automatic ECF notice on March 2, 2026, upon the following:

| Brian Behr<br>US Bankruptcy Administrator | Lee Hogwood, III<br>Gunjan D. Devnani<br>Counsel for Endgame Holdings, LLC |
|---|---|

1. Motion to convert case to Chapter 11 (DE 22).
2. Notice of Conditional Consent to Order of Relief
3. Motion to transfer venue (DE 24).

Under penalty of perjury, I declare that the foregoing is true and correct.

March 2, 2026

/s/ John A. Northen

NORTHEN BLUE LLP
John A. Northen, NCSB 6789
jan@nbfirm.com
1414 Raleigh Road, Suite 435
Chapel Hill, North Carolina 27517
Telephone: (919) 948-6823
Local Counsel for NecoSage, LLC