VAN–057 Notice to Creditors and Other Parties in Interest – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
NecoSage, LLC
( debtor has no known aliases )
4445 Corporation Lane, Suite 264
Virginia Beach, VA 23462

TaxID: 88–3357712

CASE NO.: 26–00822–5–DMW

DATE FILED: February 24, 2026

CHAPTER: 7

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:     Monday, March 23, 2026
TIME:     12:30 PM
PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

Motion to Transfer Case Outside District filed by John A. Northen on behalf of NecoSage, LLC

and to transact all other business as may properly come before the court.

DATED: March 2, 2026

Stephanie J. Butler
Clerk of Court