**VAN–012** Order for Relief/Corporation– Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
NecoSage, LLC
4445 Corporation Lane, Suite 264
Virginia Beach, VA 23462

CASE NO.: 26–00822–5–DMW

DATE FILED: February 24, 2026

TaxID: 88–3357712

CHAPTER: 7

ORDER

On consideration of the petition filed on February 24, 2026 against the above named debtor,

IT IS HEREBY ORDERED that relief under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is granted, and

IT IS FURTHER ORDERED that pursuant to Rule 1007(a)(2) of the Bankruptcy Rules, the debtor, by and through its officer, **Albert Kirchhein** , shall file with the court an involuntary creditor list containing the name and address of each entity included or to be included on Schedules D, E, F, G and H as prescribed by the Official Forms by **March 10, 2026 .** The Taxpayer Identification Number, Statement Statement of Financial Affairs and Schedules pursuant to Rule 1007(b)(1), and Rule 1007(c) of the Bankruptcy Rules shall be filed by **March 17, 2026.**

DATED: March 3, 2026

                                                David M. Warren
                                                United States Bankruptcy Judge