**SO ORDERED.**

**SIGNED this 3 day of March, 2026.**



_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 26-00822-5-DMW |
| NECOSAGE, LLC | CHAPTER 7 |
| DEBTOR | |

### ORDER CONVERTING CASE TO CHAPTER 11

This matter comes on to be heard upon the Alleged Debtor's Motion to Convert Case to Chapter 11 ("Motion") filed by NecoSage, LLC ("Debtor") on March 2, 2026.  Based upon the Motion and the case record, the court makes the following findings of fact and conclusions of law:

1. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the court has the authority to hear and determine the matter pursuant to 28 U.S.C. § 157(b)(1).  The court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 157(a) and 1334 and the General Order of Reference entered on August 3, 1984 by the United States District Court for the Eastern District of North Carolina.

2. On February 24, 2026, Endgame Holdings, LLC, Harry Haus and Raman Gulati filed an involuntary Chapter 7 petition against the Debtor.  The Debtor consents to entry of an

2

Order for Relief, conditioned upon the conversion of this Chapter 7 case to a case under Chapter 11 of the United States Bankruptcy Code; now therefore,

It is ORDERED, ADJUDGED and DECREED that this case be, and hereby is, converted to a case under Chapter 11 of the United States Bankruptcy Code.

END OF DOCUMENT