**VAN–043** Notice Regarding Conversion 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:  
NecoSage, LLC  
4445 Corporation Lane, Suite 264  
Virginia Beach, VA 23462  

CASE NO.: 26–00822–5–DMW

DATE FILED: February 24, 2026

TaxID: 88–3357712

CHAPTER: 11

## NOTICE REGARDING CONVERSION

An order has been entered converting the above named case to a case under Chapter 11.

YOU ARE HEREBY NOTIFIED:

1. That the debtor(s) shall file with the court, within fourteen (14) days from the date of this notice, a list of 20 largest unsecured creditors.

2. That the debtor(s) shall, within fourteen (14) days from the date of this notice, make a small business designation.

DATED: March 3, 2026

                                                          Stephanie J. Butler  
                                                          Clerk of Court