**VAN–010** Order to File Plan and Disclosure Statement and Notice of Status Conference – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
NecoSage, LLC
4445 Corporation Lane, Suite 264
Virginia Beach, VA 23462

CASE NO.: 26–00822–5–DMW

DATE FILED: February 24, 2026

TaxID: 88–3357712

CHAPTER: 11

ORDER TO FILE PLAN AND DISCLOSURE STATEMENT
AND NOTICE OF STATUS CONFERENCE

The debtor(s) filed a petition for relief under Chapter 11 of the Bankruptcy Code on February 24, 2026 . The court has reviewed the case file and has determined that to ensure that the case is handled expeditiously and economically, the debtor(s) must file a plan and disclosure statement on or before June 1, 2026 . The court will review the disclosure statement when it is filed and, if acceptable, the disclosure statement will be conditionally approved. Additionally, the hearing on approval of the disclosure statement will be combined with the hearing on confirmation of the plan. If the court determines that the debtor's plan provides adequate information under 11 U.S.C. § 1125(a) and 1125(f)(1) and that a separate disclosure statement is not necessary, the court may treat the plan as the disclosure statement for the purpose of conditional approval pursuant to Bankruptcy Rule 3017.1. The debtor(s) may use Official Form B25A, "Plan of Reorganization in Small Business Case Under Chapter 11," and Official Form B25B, "Disclosure Statement in Small Business Case Under Chapter 11."

A status conference pursuant to 11 U.S.C. § 105(d)(1) will be held as indicated below:

DATE:    March 23, 2026
TIME:    12:30 PM
PLACE:   300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

Counsel for the debtor(s) in possession and the Bankruptcy Administrator will participate in the status conference, and any objection to the procedures outlined in this order will be addressed at that time.

At the status conference, counsel for the debtor(s) must be prepared to (1) describe the nature of the debtor(s) business, (2) describe the reasons for filing the petition, (3) describe the debtor(s) strategy for reorganization, (4) give an estimate of the attorney's fees and other professional fees, (5) identify anticipated significant events in the case, (6) discuss the need for future status conferences, and (7) identify the court location or locations most convenient for parties and counsel for proceedings to be conducted.

SO ORDERED.

Dated: Tuesday, March 3, 2026

David M. Warren
United States Bankruptcy Judge