IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                            CHAPTER 7

**NECOSAGE LLC,**                                    **CASE NO. 26-00822-5-DMW**

        Debtor.

### DECLARATION OF DISINTERESTEDNESS FOR APPOINTMENT AS EXAMINER

Pursuant to 28 U.S.C. § 1746, George F. Sanderson III declares as follows:

1. I am an attorney duly licensed to practice law in the State of North Carolina and in this Court.

2. I do not have any business connections with the Debtor, its creditors, or any other party in interest.

3. I do not represent or hold any adverse interest to the Debtor or to the bankruptcy estate in the matters upon which I am to be engaged.

4. I am otherwise disinterested and know of no other reason why I cannot serve as examiner pursuant Section 1104 of the Bankruptcy Code in the above-captioned case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

This the 5th day of March, 2026.

                                            /s/ George F. Sanderson III
                                            George F. Sanderson III

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 5, 2026, the foregoing Declaration was served as follows:

> Brian Behr **(via cm/ecf)**
> Kirstin E. Gardner
> *United States Bankruptcy Administrator*
>
> Harley J. Goldstein **(via cm/ecf)**
> Maria Aprile Sawczuk
> Ainsley G. Moloney
> Goldstein & McClintock LLLP
> *Counsel for the Debtor*
>
> John A. Northen **(via cm/ecf)**
> Vicki L. Parrot
> Northen Blue, LLP
> *Counsel for the Debtor*
>
> NecoSage, LLC **(via United States First Class Mail)**
> 4445 Corporation Lane, Suite 264
> Virginia Beach, VA 23462
> *Debtor*

and to all other parties receiving notices through the Court's CM/ECF system.

This the 5th day of March, 2026.

/s/ George F. Sanderson III
George F. Sanderson III
N.C. State Bar No. 33054
THE SANDERSON LAW FIRM, PLLC
P.O. BOX 6130
Raleigh, NC 27628
Telephone: 984 867-9300
george@georgesandersonlaw.com

2