SO ORDERED.

SIGNED this 6 day of March, 2026.



_____
**David M. Warren**
**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| NecoSage, LLC, ) | Case No. 26-00822-5-DMW |
| ) | |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

### ORDER GRANTING APPLICATION TO REDUCE RESPONSE TIME AND TO EXPEDITE HEARING ON MOTION TO TRANSFER VENUE OF AFFILIATE CASE

Upon consideration of the Application to Reduce Response Time and to Expedite Hearing on Motion to Transfer Venue of Affiliate Case (the "Application") filed by Endgame Holdings, LLC ("Endgame"), the Court finds that sufficient cause exists to grant the relief requested.

It is hereby ORDERED that:

1. The Application is GRANTED.

2. The response deadline with respect to the Motion of Endgame Holdings, LLC to Transfer Venue of Affiliated Case to the United States Bankruptcy Court for the Eastern District of North Carolina (the "Motion") is reduced to March 20, 2026, at 5:00 p.m. (prevailing Eastern Time).

3. A hearing on the Motion is scheduled for March 23, 2026, at 12:30 p.m. (prevailing Eastern Time).

END OF DOCUMENT