|  |  |
|---|---|
| <div style="text-align:center">UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NORTH CAROLINA<br>RALEIGH DIVISION</div> ||
| **NecoSage, LLC,**<br><br>**Debtor** | **Case No 26-00822-5-DMW**<br>**Chapter 11** |
| <div style="text-align:center">**NOTICE OF MOTION AND HEARING**</div> ||

Please take notice that NecoSage, LLC (the "Debtor") has filed a Motion to Transfer Venue (DE 24, the "Motion").

Please take further notice that your rights may be affected by the Motion. You should read the Motion carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult with one.

Please take further notice that a hearing on the Motion will be held on March 23, 2026, commencing at 12:30 p.m. (Eastern), in the U.S. Bankruptcy Court, Third Floor Courtroom, 300 Fayetteville St., Raleigh, NC 27602.

March 6, 2026

NORTHEN BLUE, LLP
 /s/ John A. Northen
John A. Northen, NCSB #6789
jan@nbfirm.com
1414 Raleigh Road, Suite 435
Chapel Hill, NC  27517
Telephone No. (919) 948-6823
Local Civil Rule 83.1(d) Counsel for the Debtor

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served electronically by automatic ECF notice upon those parties registered to receive notice via CM/ECF, including the Bankruptcy Administrator.

March 6, 2026

NORTHEN BLUE, LLP
/s/ John A. Northen
John A. Northen, NCSB #6789
jan@nbfirm.com
1414 Raleigh Road, Suite 435
Chapel Hill, NC  27517
Telephone No. (919) 948-6823