# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| NECOSAGE, LLC, | Case No. 26-00822-5 (DMW) |
| Debtor. | Related to Docket No. 24 |

### NOTICE OF DEBTOR'S WITHDRAWAL OF MOTION TO TRANSFER VENUE

NecoSage, LLC ("*NecoSage*" or the "*Debtor*") hereby withdraws its previously-filed motion to transfer venue [Docket No. 24] of the above-captioned bankruptcy case to the United States Bankruptcy Court for the District of Delaware.

Dated: March 8, 2026

/s/ Harley J. Goldstein
Harley J. Goldstein, Esq.

/s/ Ainsley G. Moloney
Ainsley G. Moloney, Esq.

**GOLDSTEIN & MCCLINTOCK LLLP**
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
harleyg@goldmclaw.com
ainsleyg@goldmclaw.com

-and-

/s/ Maria Aprile Sawczuk
Maria Aprile Sawczuk
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com

*Attorneys for the Debtor*

/s/ John A. Northen
John A. Northen, Esq.
**NORTHEN BLUE, LLP**

        1414 Raleigh Rd., Ste 435  
        Chapel Hill, NC 27517  
        Telephone:  (919) 948-6823  
        jan@nbfirm.com

*Local Civil Rule 83.1(d) Attorney for Alleged Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE:<br><br>NECOSAGE, LLC<br><br>ALLEGED DEBTOR | CASE NO. 26-00822-5-DMW<br>CHAPTER 7 (Involuntary) |
|---|---|
| CERTIFICATE OF SERVICE ||

The undersigned hereby certifies that a copy of each of the *Notice of Debtor's Withdrawal of Motion to Transfer Venue* was served by automatic ECF notice on March 8, 2026, upon the following:

| | |
|---|---|
| Brian Behr<br>Kristen Gardner<br>US Bankruptcy Administrator | Lee Hogwood, III<br>Gunjan D. Devnani<br>Counsel for Endgame Holdings, LLC |
| George F. Sanderson, III<br>Examiner | |

Under penalty of perjury, I declare that the foregoing is true and correct.

March 8, 2026

/s/ John A. Northen

NORTHEN BLUE LLP
John A. Northen, NCSB 6789
jan@nbfirm.com
1414 Raleigh Road, Suite 435
Chapel Hill, North Carolina 27517
Telephone:  (919) 948-6823
Local Counsel for NecoSage, LLC

1