VAN–057 Notice to Creditors and Other Parties in Interest – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
NecoSage, LLC
*( debtor has no known aliases )*
4445 Corporation Lane, Suite 264
Virginia Beach, VA 23462

TaxID: 88–3357712

CASE NO.: 26–00822–5–DMW

DATE FILED: February 24, 2026

CHAPTER: 11

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:  Monday, March 23, 2026
TIME:  12:30 PM
PLACE: 300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

Motion to Convert Chapter 11 Case to Chapter 7 filed by John A. Northen on behalf of NecoSage, LLC

and to transact all other business as may properly come before the court.

DATED: March 9, 2026

Stephanie J. Butler
Clerk of Court