VAN–081 Order Converting Chapter 11 Corporate – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
NecoSage, LLC
4445 Corporation Lane, Suite 264
Virginia Beach, VA 23462

TaxID: 88–3357712

CASE NO.: 26–00822–5–DMW

DATE FILED: February 24, 2026

CHAPTER: 7

## ORDER CONVERTING CHAPTER 11 CASE
## TO A CASE UNDER CHAPTER 7

IT IS ORDERED:

1. That this chapter 11 case is converted to a chapter 7 case;

2. That this order constitutes an order for relief in a chapter 7 case;

3. That the debtor(s) by and through its officer, **Albert Kirchhein** , file with the court, within fourteen (14) days from the date of this order, a schedule of debts incurred after commencement of this case under chapter 11;

4. That the debtor(s) immediately turn over all records and property of the estate in its possession or control to the trustee upon his appointment;

5. That the debtor(s) file with the court a final report and account of the chapter 11 estate, listing receipts and disbursements and disposition of any property. The debtor(s) must serve a copy on the bankruptcy administrator and chapter 7 trustee within thirty (30) days from the date of this order.

DATED: March 11, 2026

David M. Warren
United States Bankruptcy Judge