**United States Bankruptcy Court**
**Eastern District of North Carolina**
**Raleigh Division**

| | | | |
|---|---|---|---|
| Debtor | **NecoSage, LLC** <br> Name | EIN | 88–3357712 |
| Case number: | 26–00822–5–DMW | Date case filed in chapter 7 | 2/24/26 |
| | | Date case reconverted to chapter 7 | 3/11/26 |

Official Form 309D (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set          12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. Debtor's full name | NecoSage, LLC | |
| 2. All other names used in the last 8 years | | |
| 3. Address | 4445 Corporation Lane, Suite 264 <br> Virginia Beach, VA 23462 | |
| 4. Debtor's attorney <br> Name and address | John A. Northen <br> Northen Blue, LLP <br> PO Box 2208 <br> Chapel Hill, NC 27515–2208 | Contact phone 919 968–4441 |
| 5. Bankruptcy trustee <br> Name and address | Kevin Sink <br> Waldrep Wall Babcock & Bailey, PLLC <br> 3600 Glenwood Avenue <br> Suite 210 <br> Raleigh, NC 27612 | Contact phone 919–589–7985 |
| 6. Bankruptcy clerk's office <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 Fayetteville Street, 4th Floor <br> P.O. Box 791 <br> Raleigh, NC 27602 | Office Hours:   8:30 a.m. – 4:00 p.m. <br> Contact phone:  919–856–4752 <br> Date:           3/11/26 |
| 7. Meeting of creditors <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **April 15, 2026 at 09:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Appear by Video – Meeting Information,,** <br> **http://www.nceba.uscourts.gov/zoom341s** <br><br> Please bring a government issued picture ID with you to the meeting of creditors. This ID is required for entry into the building. |

**For more information, see page 2 >**

Debtor **NecoSage, LLC**                                                                                                    Case number **26−00822−5−DMW**

| | | |
|---|---|---|
| 8. **Deadlines** The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim 5/5/26 (except governmental units):** | |
| | **Deadline for governmental units to file a proof of claim:** | 180 days from the date the case was filed. |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim may be filed online at www.nceb.uscourts.gov by accessing the Proof of Claim section. Alternatively, a proof of claim form may be obtained from the same website and submitted by mail. *When filing electronically, it is not necessary to complete a paper claim form.* If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Electronic noticing** | Parties may opt to receive notices from the court via email rather than U.S. Mail. Register at https://bankruptcynotices.uscourts.gov. | |
| 11. **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. | |

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case −− Proof of Claim Deadline Set**         page **2**