VAN–006 Order Appointing Interim Trustee and Approving Standing Bond – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
NecoSage, LLC
4445 Corporation Lane, Suite 264
Virginia Beach, VA 23462

CASE NO.: 26–00822–5–DMW

DATE FILED: February 24, 2026

TaxID: 88–3357712

CHAPTER: 7

ORDER APPOINTING INTERIM TRUSTEE AND APPROVING STANDING BOND

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the blanket bond heretofore approved.

Kevin Sink
Waldrep Wall Babcock & Bailey, PLLC
3600 Glenwood Avenue
Suite 210
Raleigh, NC 27612

DATED: March 11, 2026

David M. Warren
United States Bankruptcy Judge