UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| NECOSAGE, LLC | 26-00822-5-DMW |
| Debtor. | |

**TRUSTEE'S APPLICATION TO EMPLOY ATTORNEY**

The undersigned Trustee, pursuant to Section 327 of the Bankruptcy Code and Bankruptcy Rule 2014, applies to the court for authority to employ an attorney and for authority to act as attorney for the bankruptcy estate in his own behalf, each as of the date of the Order Converting Chapter 11 Case to a Case Under Chapter 7 [DE 57] dated March 11, 2026, and respectfully shows in support thereof:

1. On February 24, 2026 ("Petition Date"), Endgame Holdings, LLC, Harry Haus and Raman Gulati ("Petitioning Creditors") filed an involuntary petition for relief under Chapter 7 of the United States Bankruptcy Code against NecoSage, LLC ("Debtor").

2. On March 11, 2026, the Court entered an Order Appointing Interim Trustee and Approving Standing Bond [DE 59] ("Trustee Appointment Order").

3. The undersigned is the Trustee in the above captioned bankruptcy estate.

4. It is necessary for the Trustee to employ an attorney for the following general reasons:

    a. To give legal advice with respect to his duties and powers;

    b. To assist in identifying the legal problems which may arise in the administration of the estate, to examine security agreements, deeds of trust and other instruments which may constitute liens upon the property of the estate, to identify and

examine any statutory or judicial liens, to determine the validity and priority of all such security agreements, liens and encumbrances, to investigate any additional assets and any rights which the Trustee may have to property of the estate, to examine and research all legal problems which may arise in the administration of the estate and to generally advise and represent the Trustee upon any legal matters which may arise in the course of the administration of the bankruptcy estate.

5. It is also necessary for the Trustee to employ an attorney for the following specific reasons:

    a. To examine the Debtor's books and records and to investigate any recent payments and transfers of property made by the Debtor.

    b. To prepare any necessary legal documents.

6. The Trustee proposes to employ himself and the law firm of Waldrep Wall Babcock & Bailey, PLLC as attorney on his own behalf so far as the same may be practical and beneficial to the estate. The firm will perform those tasks enumerated in paragraphs 4 and 5 above.

7. The attorneys of Waldrep Wall Babcock & Bailey, PLLC have had wide legal experience in bankruptcy matters and will be able to adequately handle all legal matters involving the bankruptcy estate. It will be in the best interests of the estate for the Trustee and his firm to serve as attorney on his own behalf.

8. That compensation for legal services as attorney for the estate be allowed on a reasonable basis, in such amount as determined by the Court, after or during the performance of such services, on an interim or final basis and after application for such compensation.

9. The proposed firm and its attorneys have no connection with the debtor, the creditors or any other party in interest, their respective attorneys or accountants, in connection with this bankruptcy estate, and the proposed firm and its attorneys do not hold or represent any interest adverse to the estate, is a disinterested person as set forth in Section 327 of the Bankruptcy Code to be employed as attorney for the estate.

10. Due to this case being filed as involuntary chapter 7 case, the Debtor has not yet filed schedules in this case, and the Trustee has not been able to identify the specific assets and liabilities of the Debtor, but is in the process of investigating the same.

WHEREFORE, the Trustee prays that he be authorized to employ and retain himself and the law firm of Waldrep Wall Babcock & Bailey, PLLC as attorney for the Trustee as of March 11, 2026, and for such compensation as may be approved by the Court.

This the 12th day of March, 2026.

s/Kevin L. Sink
Kevin L. Sink
N.C. State Bar No. 21041
Waldrep Wall Babcock & Bailey, PLLC
3600 Glenwood Avenue, Suite 210
Raleigh, NC  27612
Telephone:  919-589-7985
Email:  ksink@waldrepwall.com
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                              CHAPTER 7

NECOSAGE, LLC                                                       26-00822-5-DMW

        Debtor.

**AFFIDAVIT OF DISINTERESTEDNESS**

      Kevin L. Sink of Waldrep Wall Babcock & Bailey, PLLC, being first duly sworn, deposes and says in connection with the attached Trustee's Application for Authority to Employ Attorney:

      1.      I am an attorney duly licensed to practice law in the State of North Carolina and in this Court and presently serving as Trustee in the above bankruptcy estate.

      2.      The law firm of Waldrep Wall Babcock & Bailey, PLLC does not hold or represent any interest adverse to the bankruptcy estate, the firm is a disinterested person as contemplated under Section 327(a) of the Bankruptcy Code and it will be in the best interest of the estate that the firm serve as attorney for the estate.

      3.      The law firm of Waldrep Wall Babcock & Bailey, PLLC has no business, professional or other connection with the Debtor, creditors or any other party in interest, their respective attorneys or accountants.

      4.      The attorneys at the law firm of Waldrep Wall Babcock & Bailey, PLLC. are experienced in the matters upon which they are to be employed.

      Date:  March 12, 2026.

                                                                                                  Kevin L. Sink

NORTH CAROLINA
COUNTY OF WAKE
Sworn to and subscribed before me
this 12th day of March, 2026.

Katharine A. Hayden, Notary Public
My Commission Expires:  9/18/2027

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing **TRUSTEE'S APPLICATION TO EMPLOY ATTORNEY** and **AFFIDAVIT OF DISINTERESTEDNESS** was served this day by CM/ECF electronic e-mail service as follows:

| | |
|---|---|
| *VIA CM/ECF EMAIL* <br> Brian Behr <br> *Bankruptcy Administrator* | *Via U.S. Mail* <br> NecoSage, LLC <br> 4445 Corporation Lane, Suite 264 <br> Virginia Beach, VA 23462 |

Harley J. Goldstein
Ainsley G. Moloney
Maria Aprile Sawczuk
*Attorneys for Debtor*

John A. Northen
Vicki L. Parrott
*Attorneys for Debtor*

Lee Hogewood, III
*Attorneys for Petitioning Creditors*

This 12th day of March 2026.

<u>s/Kevin Sink</u>
Kevin L. Sink
Waldrep Wall Babcock & Bailey, PLLC
3600 Glenwood Avenue, Suite 210
Raleigh, NC  27612