**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NecoSage, LLC, | ) | Case No. 26-00822-DMW |
| | ) | |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

<u>**MOTION OF ENDGAME HOLDINGS, LLC TO EXPEDITE HEARING ON MOTION
TO TRANSFER VENUE OF AFFILIATED CASE**</u>

Endgame Holdings, LLC ("<u>Endgame</u>"), by and through undersigned counsel, respectfully moves this court ("the "<u>Motion</u>") for entry of an order expediting the hearing on Endgame's *Motion to Transfer Venue of Affiliated Case to the United States Bankruptcy Court for the Eastern District of North Carolina* (the "<u>Transfer Motion</u>") [ECF No. 40].

In further support of this Motion, Endgame represents to the Court as follows:

### I.  INTRODUCTION

1.      On March 5, 2026, Endgame filed the Transfer Motion in this Court, requesting entry of an order transferring the Chapter 11 bankruptcy case of Urban Red LLC ("<u>Urban Red</u>"), currently pending in the United States Bankruptcy Court for the District of Delaware, to this Court. The Transfer Motion was filed in this case, as the first-filed case, pursuant to Fed. R. Bankr. P. 1014(b).

2.      Endgame's Transfer Motion is currently set for hearing before this Court on March 23, 2026. Endgame respectfully requests that the Court hear the matter as soon as practicable in light of the exigencies described below.

1

3.      Expedited consideration is warranted because Endgame believes that estate assets may be lost, dissipated, transferred, or otherwise placed beyond the reach of creditors over the next week absent prompt action.

4.      Expedited consideration is further warranted because a motion to convert the Urban Red case to Chapter 7 is currently scheduled for hearing in the United States Bankruptcy Court for the District of Delaware on March 24, 2026, and prompt resolution of the Transfer Motion before that hearing, if practicable, would promote efficient administration of the Urban Red estate and avoid duplication of effort.

## II.  JURISDICTION AND VENUE

5.      The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157.

6.      Venue of this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## III.  BACKGROUND

7.      This case (the "NecoSage Case") was commenced as an involuntary chapter 7 proceeding on February 24, 2026. On March 1, 2026, several days after the commencement of this case, an affiliate of the Debtor, Urban Red filed a voluntary chapter 11 petition in the District of Delaware, Case No. 26-10283-KBO (the "Urban Red Case").

8.      On March 3, 2026, the Court entered an order converting this case to a voluntary Chapter 11 proceeding [ECF No. 30]. On March 8, 2026, NecoSage, LLC ("NecoSage") filed a motion to convert its case to Chapter 7 [ECF No. 53] (the "NecoSage Conversion Motion"). On March 11, 2026, the Court entered an order granting the NecoSage Conversion Motion [ECF No.

2

57]. Also on March 11, 2026, the Court entered an order appointing Kevin Sink as Chapter 7 Trustee (the "Trustee") in the NecoSage Case [ECF No. 59].

9.      On March 5, 2026, Endgame filed the Transfer Motion in this Court, asserting that Urban Red is an affiliate of NecoSage within the meaning of the Bankruptcy Code and that this Court, as the court where the first-filed petition is pending, should determine the proper venue for the affiliated cases, pursuant to Fed. R. Bankr. P. 1014(b).

10.      The hearing on the Transfer Motion is presently set for hearing before this Court on March 23, 2026 at 12:30 p.m. (ET). Meanwhile, in the Urban Red Case, on March 8, 2026, Urban Red filed a motion to convert its case from Chapter 11 to Chapter 7 (the "Urban Red Conversion Motion"). The Urban Red Conversion Motion is scheduled for hearing on March 24, 2026 at 1:30 p.m. (ET).

## IV. RELIEF REQUESTED

11.      Endgame respectfully requests that the Court enter an order (the "Order"), substantially in the form attached hereto as **Exhibit A**, setting the Transfer Motion for hearing as soon as practicable.

## V.  BASIS FOR RELIEF

12.      Good cause exists to hear the Transfer Motion as soon as practicable, as Endgame believes assets may be lost over the next week if the Urban Red Case remains uncoordinated with the NecoSage Case and without prompt unified oversight.

13.      Further, advancing the hearing on the Transfer Motion would increase the likelihood that the issue of proper venue is resolved before the hearing on the Urban Red Motion to Convert on March 24, 2026, and before additional substantive proceedings occur in Delaware.

3

14.     Expedited consideration likewise serves the same judicial economy and estate-administration interests identified in the Transfer Motion, including centralized proceedings in this district and avoidance of duplicative expense. If the Urban Red Case is transferred promptly, the affiliated cases can proceed in one court under coordinated supervision.

15.     Further, prompt transfer of the Urban Red Case could permit administration of both estates by the same trustee, thereby promoting coordinated administration, reducing unnecessary duplication, preserving estate resources, and better safeguarding assets.

16.     The Trustee consents to the relief requested in this Motion. In addition, Endgame has conferred with the Bankruptcy Administrator and anticipates the Bankruptcy Administrator's consent; however, as of the filing of this Motion, Endgame has not yet received a formal response.

WHEREFORE, Endgame respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, (i) granting this Motion and setting the Transfer Motion for hearing as soon as practicable; and (ii) granting such other and further relief as the Court deems just and proper.

This is the 16th day of March, 2026.

**K&L GATES, LLP**

*/s/ A. Lee Hogewood, III*
A. Lee Hogewood, III
North Carolina State Bar No. 17451
Gunjan D. Devnani
North Carolina State Bar No. 62331
K&L Gates LLP
301 Hillsborough Street, Suite 1200
Raleigh, North Carolina 27603
Telephone: 919-743-7306
E-mail:  Lee.Hogewood@klgates.com
Gunjan.Devnani@klgates.com


*Counsel for Endgame Holdings, LLC*

**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NecoSage, LLC, | ) | Case No. 26-00822-DMW |
| | ) | |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

**ORDER GRANTING MOTION OF ENDGAME HOLDINGS, LLC TO EXPEDITE**
**HEARING ON MOTION TO TRANSFER VENUE OF AFFILIATED CASE**

Upon Consideration of the motion (the "<u>Motion</u>") of Endgame Holdings, LLC ("<u>Endgame</u>") to expedite hearing on the motion to transfer venue of the affiliated case of Urban Red LLC ("<u>Urban Red</u>"), and the Court having determined that good and sufficient cause exists for the relief requested;

It is hereby ORDERED that:

1)      The Motion is GRANTED as set forth herein.

2)      Endgame's Motion to Transfer Venue of Affiliated Case to the United States Bankruptcy Court for the Eastern District of North Carolina is set for hearing on [_____, 2026] at [_____] [a.m./p.m.].

3)       The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, enforcement, and implementation of this Order.

END OF DOCUMENT

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2026, the foregoing document was electronically filed with the Court via the CM/ECF system, and was therefore served electronically upon the registered participants of CM/ECF.

Dated: March 16, 2026.

/s/ A. Lee Hogewood, III
A. Lee Hogewood, III

9