**SO ORDERED.**

**SIGNED this 16 day of March, 2026.**



_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NecoSage, LLC, | ) | Case No. 26-00822-DMW |
| | ) | |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

## ORDER GRANTING MOTION OF ENDGAME HOLDINGS, LLC TO EXPEDITE HEARING ON MOTION TO TRANSFER VENUE OF AFFILIATED CASE

Upon Consideration of the motion (the "Motion") of Endgame Holdings, LLC ("Endgame") to expedite hearing on the motion to transfer venue of the affiliated case of Urban Red LLC ("Urban Red"), and the Court having determined that good and sufficient cause exists for the relief requested;

It is hereby ORDERED that:

1)     The Motion is GRANTED as set forth herein.

2)     Endgame's Motion to Transfer Venue of Affiliated Case to the United States Bankruptcy Court for the Eastern District of North Carolina is set for hearing on March 18, 2026 at 1:00 p.m., at 300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, North Carolina.

3)      The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, enforcement, and implementation of this Order.

END OF DOCUMENT