**VAN–102** Order Authorizing Employment of Attorney – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
NecoSage, LLC
4445 Corporation Lane, Suite 264
Virginia Beach, VA 23462

TaxID: 88–3357712

CASE NO.: 26–00822–5–DMW

DATE FILED: February 24, 2026

CHAPTER: 7

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY

This matter comes on to be heard upon the application of the trustee for authority to employ an attorney, and the court makes the following findings of fact and conclusions of law:

1. The determination of this matter is within the jurisdiction of the bankruptcy court pursuant to 28 U.S.C. §§ 1334, 151 and 157, and is a core proceeding pursuant to 28 U.S.C. § 157.

2. It is necessary for the trustee to employ an attorney for the reasons set forth in the trustee's application.

3. The proposed attorney does not hold or represent any interest adverse to the estate and is a disinterested person as contemplated under § 327(a) of the Bankruptcy Code.

4. The employment of an attorney for the estate would be in the best interest of the estate; now therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the trustee is authorized to employ and retain an attorney for the bankruptcy estate, and that the trustee is authorized to employ Kevin L. Sink and the law firm of Waldrep Wall Babcock & Bailey, PLLC as attorney for the trustee.

DATED: March 17, 2026

David M. Warren
United States Bankruptcy Judge