**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:                                                                  CASE NO:

NecoSage, LLC,                                                 26-00822-5-DMW

        **DEBTOR**                                         **CHAPTER 7**

## NOTICE OF UNPAID CHAPTER 11 QUARTERLY FEES

Notice is hereby given of the unpaid quarterly fees incurred by the Debtor while this case was in Chapter 11.  The Debtor's Chapter 11 case was converted to one under Chapter 7 on March 11, 2026.  The Bankruptcy Administrator submits that the following fees are owed:

        1st Quarter of 2026:    $250

        ***Total due:***            **$250.00**

If there is a distribution in this case, the unpaid quarterly fees should be paid to the "Clerk, U.S. Bankruptcy Court" in the same priority as Chapter 7 cost of administration claims.

Dated this 18th day of March, 2026.

By: /s/ Brian C. Behr
Brian C. Behr
Bankruptcy Administrator
Bankruptcy Administrator's Office
434 Fayetteville Street, Suite 640
Raleigh, North Carolina 27601
(919) 334-3881
brian_behr@nceba.uscourts.gov
State Bar No. 36616

## <u>CERTIFICATE OF SERVICE</u>

I, Tanay L. Aycock, of 434 Fayetteville Street, Suite 640, Raleigh, North Carolina, 27601, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age.

That on this day, I served copies of the foregoing document on the following:

John Northen                                    *(via CM/ECF)*
Attorney for Debtor

A.Lee Hogewood, III                         *(via CM/ECF)*
Attorney for Endgame Holdings, LLC
Attorney for Harry Haus
Attorney for Raman Gulati

Kevin Sink                                        *(via CM/ECF)*
Chapter 7 Trustee

I certify under penalty of perjury that the foregoing is true and correct.

Dated this 18th day of March, 2026.

Brian C. Behr
Bankruptcy Administrator


By: /s/ Tanya L. Aycock
Tanya L. Aycock
Bankruptcy Analyst
Bankruptcy Administrator's Office
434 Fayetteville Street, Suite 640
Raleigh, North Carolina 27601