**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION**

_____

In the Matter of:

    NECOSAGE, LLC,                          Case No. 26-00822-5-dmw
                                                   Chapter 7

             Debtor.

_____

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

_____

        **PLEASE TAKE NOTICE** that **CHAD WIEGAND** and **SRIRAJ KANTAMNENI** (collectively, the "Creditors") hereby request as provided in 11 U.S.C. § 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given to and sent to the following:

             Brian D. Darer, Esq.
             Parker Poe Adams & Bernstein LLP
             301 Fayetteville Street, Suite 1400
             Raleigh, North Carolina 27601
             Telephone: (919) 828-0564

        **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, electronic mail, delivery, telephone, telegraph, telex, telecopy, or otherwise in this case.

        **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance or Request for Service nor any subsequent appearance, pleading, claim or suit, is intended to waive and should not be construed as a waiver of Creditors' (i) right to have final orders in noncore matters entered only after *de novo* review or trial by a District Court, (ii) right to trial by jury in any proceeding or trial so triable herein or in any case, controversy, or proceeding relating hereto, (iii) right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) rights, claims, actions, defenses, setoffs or recoupments to which Creditors are or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs or recoupments Creditors expressly reserve. Further, this Notice of Appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge jurisdiction of any court including, without limitation, the United States Bankruptcy Court for the Eastern District of North Carolina, all of which rights are reserved without prejudice.

        This the 18th day of March, 2026.

                            /s/ Brian D. Darer, Esq.
                            Brian D. Darer, Esq. (NC Bar No. 25383)
                            Parker Poe Adams & Bernstein LLP
                            301 Fayetteville Street, Suite 1400
                            Raleigh, North Carolina 27602
                            Telephone: (919) 828-0564
                            briandarer@parkerpoe.com
                            *Attorneys for Chad Wiegand and SriRaj Kantamneni*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

NecoSage, LLC
4445 Corporation Lane, Suite 264
Virginia Beach, VA 23462
*(via U.S. Mail)*

Harley J. Goldstein
Ainsley G. Moloney
John A. Northen
Vicki L. Parrott
Maria Aprile Sawczuk
Attorneys for Debtor
*(via CM/ECF)*

A. Lee Hogewood, III
Attorney for Petitioning Creditor
*(via CM/ECF)*

Kevin L. Sink
Trustee
*(via CM/ECF)*

Bankruptcy Administrator
*(via CM/ECF)*

This the 18th day of March, 2026.

/s/ Brian D. Darer, Esq.
Brian D. Darer, Esq. (NC Bar No. 25383)
Parker Poe Adams & Bernstein LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27602
Telephone: (919) 828-0564
briandarer@parkerpoe.com
*Attorneys for Chad Wiegand and SriRaj Kantamneni*

PPAB 13509368v1