**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)*    26-00822-5                      Chapter    11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy             04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | NecoSage LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 88-3357712 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 502 Creek Ct<br>Vienna, VA 22180<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Fairfax<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor    NecoSage LLC
       Name

Case number (*if known*)  26-00822-5

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5511

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☒ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | Urban Red LLC | Relationship | Affiliate |
|---|---|---|---|---|
| | District | Delaware | When  3/1/26 | Case number, if known  26-10283 |

Debtor   NecoSage LLC _____   Case number (*if known*) 26-00822-5
     Name

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☐  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                      Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

       Contact name _____

       Phone _____

---

### Statistical and administrative information

**13.  Debtor's estimation of available funds**   .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    NecoSage LLC
          _____        Case number (*if known*)  26-00822-5
          Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
     of authorized
     representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 1, 2026
               _____
               MM / DD / YYYY

**X** /s/ Albert Kirchhein*                              Albert Kirchhein*
      _____              _____
      Signature of authorized representative of debtor   Printed name

      Title    Chief Restructuring Officer
               _____

**18. Signature of attorney**   **X** /s/ Maria Aprile Sawczuk                Date   April 1, 2026
                                     _____           _____
                                     Signature of attorney for debtor                  MM / DD / YYYY

                                     Maria Aprile Sawczuk
                                     _____
                                     Printed name

                                     Goldstein & McClintock LLLP
                                     _____
                                     Firm name

                                     501 Silverside Road, Suite 65
                                     Wilmington, DE 19809
                                     _____
                                     Number, Street, City, State & ZIP Code

                                     Contact phone    (302) 444-6710          Email address    marias@goldmclaw.com
                                                      _____                      _____

                                     _____
                                     Bar number and State

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 4

ATTACHMENT TO PETITION, SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

The information provided in this Bankruptcy Petition, Schedules and Statement of Financial Affairs was conveyed to me, as the Chief Restructuring Officer of NecoSage, LLC, by the Company's Head of Financial Planning & Analysis, Sannan Tahir, the Debtor's President, Farooq Cheema, and the Debtor's in-house counsel, Brett Walker.  To the extent any information is missing or incomplete it is because I was not provided with such information after repeated requests for it.  I have not undertaken any independent review or analysis of the information provided herein and therefore swear only that these Schedules are an accurate recitation of the information provided to me by the Company. I do not have sufficient information to declare, based on my own firsthand knowledge, that the information provided herein is or is not true and correct.

**Fill in this information to identify the case:**

Debtor name      NecoSage LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   26-00822-5

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 1, 2026          **X** /s/ Albert Kirchhein*
                                       Signature of individual signing on behalf of debtor

                                       Albert Kirchhein*
                                       Printed name

                                       Chief Restructuring Officer
                                       Position or relationship to debtor

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | NecoSage LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known): | 26-00822-5 |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ashwin Bhave 2120 Frank St. Vienna, VA 22182 | | | Disputed | | | $165,300.00 |
| Bayinnah Foundation 2208 Greendale Ct. Bedford, TX 76022 | | | | | | $110,203.00 |
| Bayyinah LLC 2208 Greendale Ct. Bedford, TX 76022 | | | | | | $110,203.00 |
| CBFD4, LLC c/o Rebiz LLC 1925 St Clair Ave Ne Cleveland, OH 44114 | | | Contingent | $342,726.00 | $0.00 | $342,726.00 |
| Endgame Holding 113 Glenlake Ave. Park Ridge, IL 60068 | | | Disputed | | | $333,627.00 |
| Humaira Qureshi 475 K St. NW Unit 1011 Washington, DC 20001 | | | | | | $170,810.00 |
| Imran Chaudhri 10801 Brickyard Ct. Potomac, MD 20854 | | | | | | $110,200.00 |
| Khurram Agha 12518 Loxley Dr. Frisco, TX 75035 | | | | | | $110,203.00 |
| Mansoor Mohsin 17231 NE 16th Pl. Bellevue, WA 98008-3134 | | | | | | $110,203.00 |
| Nadeem Pathan 43470 Riverpoint Dr. Leesburg, VA 20176-1693 | | | | | | $82,650.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  NecoSage LLC

Name

Case number *(if known)*  26-00822-5

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Nauman Khan 24198 NE 15th Way Sammamish, WA 98074-5030 | | | Disputed | | | $110,203.00 |
| Neel Desai 30 E. Concord St. Apt. 24 Boston, MA 02118 | | | Disputed | | | $82,650.00 |
| Olga Pozharskaya 8 Bayberry Dr. Apt. 2 Sharon, MA 02067-1321 | | | | | | $115,710.00 |
| Raman Gulati 3814 Brittany Ln. La Crescenta, CA 91214 | | | | | | $110,200.00 |
| Rehan Rashid 839 Blacks Hill Rd. Great Falls, VA 22066-1301 | | | | | | $59,921.00 |
| Riaz Ali Shah 10205 Garden Highway Sacramento, CA 95837 | | | Disputed | | | $110,200.00 |
| Saf Paisa LLC 4445 Corporation Lane Suite 264 Virginia Beach, VA 23462 | | | | | | $556,967.00 |
| Shah Alam 5222 Ridgewood Reef Houston, TX 77041 | | | Disputed | | | $165,300.00 |
| Viqas Zafar 936 Cozy Oak Ave. Cary, NC 27519 | | | | | | $82,650.00 |
| Zeeshan Khan 1460 240th Ave. NE Sammamish, WA 98074-5405 | | | | | | $82,650.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name      NecoSage LLC

United States Bankruptcy Court for the:      EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   26-00822-5

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              **12/15**

**Part 1:   Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................................................   $                 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................................   $          319,956.41

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................................................   $          319,956.41

**Part 2:   Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $          342,726.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $                 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   **+**$        3,656,309.00

4.  **Total liabilities** .................................................................................................................................................
    Lines 2 + 3a + 3b                                                                                                                                $        3,999,035.00

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      NecoSage LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   26-00822-5

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.   Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Truist Bank<br>Negative Balance of $1,108.30 | Checking | 2303 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $0.00 |
|---|

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☒ No.   Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.   Go to Part 4.
   ☒ Yes Fill in the information below.

11.   **Accounts receivable**

   11a. 90 days old or less:          8,257.34       -          8,257.34      = ....                    $0.00
                      face amount              doubtful or uncollectible accounts

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | NecoSage LLC | | Case number *(If known)* 26-00822-5 |
|---|---|---|---|
| | Name | | |

| 11b. Over 90 days old: | 705,623.53 | - | 694,692.12 | =.... | $10,931.41 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.  Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$10,931.41

---

**Part 4:        Investments**

13. **Does the debtor own any investments?**

☐ No.   Go to Part 5.
☒ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | | |
| 15.1. | Asphyron LLC | 50.45 % | EBITDA | $0.00 |
| 15.2. | Mountain Forge Capital LLC | 100 % | EBITDA | $0.00 |
| 15.3. | Emergent 1 Partners LLC | 74.17 % | EBITDA | $177,141.00 |
| 15.4. | Emergent 2 Partners LLC | 94.68 % | EBITDA | $0.00 |
| 15.5. | Emergent 3 Partners LLC | 100 % | EBITDA | $0.00 |
| 15.6. | Forest Light Capital LLC | 100 % | EBITDA | $0.00 |
| 15.7. | Eyes of Hope Holdings LLC | 36.22 % | EBITDA | $131,884.00 |

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

**17.  Total of Part 4.**

Add lines 14 through 16.   Copy the total to line 83.

$309,025.00

---

**Part 5:        Inventory, excluding agriculture assets**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | NecoSage LLC | | Case number *(If known)* | 26-00822-5 |
| --- | --- | --- | --- | --- |
| | Name | | | |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor      NecoSage LLC _____      Case number *(If known)*  26-00822-5
            Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,931.41 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $309,025.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $319,957.41 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92      $319,957.41

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     NecoSage LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   26-00822-5

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** CBFD4, LLC

Creditor's Name

c/o Rebiz LLC
1925 St Clair Ave Ne
Cleveland, OH 44114

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

| | Column A | Column B |
| --- | --- | --- |
| 2.1 | $342,726.00 | $0.00 |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     | $342,726.00 |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      NecoSage LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   26-00822-5

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:      List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:      List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**   **Nonpriority creditor's name and mailing address**
Akbar Jaffer
8101 S. 19th Way
Phoenix, AZ 85042

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**$27,528.00**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☐ No   ☒ Yes

---

**3.2**   **Nonpriority creditor's name and mailing address**
Anne Stevens
295 Greene St.
U295
New Haven, CT 06511-6940

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$27,550.00**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.3**   **Nonpriority creditor's name and mailing address**
Ashwin Bhave
2120 Frank St.
Vienna, VA 22182

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**$165,300.00**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☐ No   ☒ Yes

---

**3.4**   **Nonpriority creditor's name and mailing address**
Bayinnah Foundation
2208 Greendale Ct.
Bedford, TX 76022

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$110,203.00**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.5**   **Nonpriority creditor's name and mailing address**
Bayyinah LLC
2208 Greendale Ct.
Bedford, TX 76022

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$110,203.00**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 1 of 7

| Debtor | NecoSage LLC | Case number (if known) | 26-00822-5 |
|---|---|---|---|
| | Name | | |

**3.6**

**Nonpriority creditor's name and mailing address**
Cherry Bekaert Advisory LLC
3800 Glenwood Ave.
Suite 200
Raleigh, NC 27612

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$44,378.00

---

**3.7**

**Nonpriority creditor's name and mailing address**
Endgame Holding
113 Glenlake Ave.
Park Ridge, IL 60068

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☐ No   ☒ Yes

$333,627.00

---

**3.8**

**Nonpriority creditor's name and mailing address**
Essmaeel Abdel Dayem
25 Thatcher St.
#5
Brookline, MA 02446

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$55,336.00

---

**3.9**

**Nonpriority creditor's name and mailing address**
Farrukh Saleem
905 White Pine Pl.
Potomac, MD 20854

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$55,100.00

---

**3.10**

**Nonpriority creditor's name and mailing address**
H2 Accounting LLC
2240 New River Inlet Road
North Topsail Beach, NC 28460

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$4,350.00

---

**3.11**

**Nonpriority creditor's name and mailing address**
Hamid Kamal
6714 Harmony Dr.
Fayetteville, NY 13066

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$55,100.00

---

**3.12**

**Nonpriority creditor's name and mailing address**
Haseeb Chowdhry
10120 Ancient Sea Path
Laurel, MD 20723

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$44,080.00

---

**3.13**

**Nonpriority creditor's name and mailing address**
Hassan Mir
201 North Franklin St.
Suite 2000
Tampa, FL 33602

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$54,667.00

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor __NecoSage LLC_____     Case number (if known) ___26-00822-5_____
              Name

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | $55,100.00 |

Hina Hussain
4526 Club House Dr.
Marietta, GA 30066

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☐ No   ☒ Yes

---

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | $8,216.00 |

Huddpudd LLC

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | $170,810.00 |

Humaira Qureshi
475 K St. NW
Unit 1011
Washington, DC 20001

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | $110,200.00 |

Imran Chaudhri
10801 Brickyard Ct.
Potomac, MD 20854

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | $110,203.00 |

Khurram Agha
12518 Loxley Dr.
Frisco, TX 75035

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | $110,203.00 |

Mansoor Mohsin
17231 NE 16th Pl.
Bellevue, WA 98008-3134

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | $27,550.00 |

Meghbartma Gautam
1768 Monticello Rd.
San Mateo, CA 94402

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | $22,040.00 |

Michal Filipowski
43116 Westchester Ct.
Novi, MI 48375

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☐ No   ☒ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor __NecoSage LLC_____     Case number (if known)   __26-00822-5_____
        Name

| | | |
|---|---|---|
| **3.22** | **Nonpriority creditor's name and mailing address** | **$82,650.00** |

Nadeem Pathan
43470 Riverpoint Dr.
Leesburg, VA 20176-1693

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.23** | **Nonpriority creditor's name and mailing address** | **$110,203.00** |

Nauman Khan
24198 NE 15th Way
Sammamish, WA 98074-5030

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☐ No   ☒ Yes

---

| | | |
|---|---|---|
| **3.24** | **Nonpriority creditor's name and mailing address** | **$82,650.00** |

Neel Desai
30 E. Concord St.
Apt. 24
Boston, MA 02118

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☐ No   ☒ Yes

---

| | | |
|---|---|---|
| **3.25** | **Nonpriority creditor's name and mailing address** | **$115,710.00** |

Olga Pozharskaya
8 Bayberry Dr.
Apt. 2
Sharon, MA 02067-1321

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.26** | **Nonpriority creditor's name and mailing address** | **$57,333.00** |

Patt McGlynn
7604 Wheatcroft Ct.
Bethesda, MD 20817

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.27** | **Nonpriority creditor's name and mailing address** | **$57,333.00** |

Patt McGlynn
7604 Wheatcroft Ct.
Bethesda, MD 20817

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.28** | **Nonpriority creditor's name and mailing address** | **$20,000.00** |

PK -Ammar Haider

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.29** | **Nonpriority creditor's name and mailing address** | **$7,719.00** |

PK Team

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor __NecoSage LLC__        Case number (if known)    __26-00822-5__
Name

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27,550.00 |
|---|---|---|---|

Polina Ware
191 Yew St.
Douglas, MA 01516

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $110,200.00 |
|---|---|---|---|

Raman Gulati
3814 Brittany Ln.
La Crescenta, CA 91214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $55,098.00 |
|---|---|---|---|

Rehan Hamid
217 165th Ave. NE
Bellevue, WA 98008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $59,921.00 |
|---|---|---|---|

Rehan Rashid
839 Blacks Hill Rd.
Great Falls, VA 22066-1301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $110,200.00 |
|---|---|---|---|

Riaz Ali Shah
10205 Garden Highway
Sacramento, CA 95837

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No  ☒ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $55,100.00 |
|---|---|---|---|

Ruqia Banu Iqbal
6205 Nelway Dr.
Mc Lean, VA 22101-3138

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $556,967.00 |
|---|---|---|---|

Saf Paisa LLC
4445 Corporation Lane
Suite 264
Virginia Beach, VA 23462

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $55,100.00 |
|---|---|---|---|

Scott Sperling
5 Jay Ct.
Sayville, NY 11782

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| Debtor | NecoSage LLC | Case number (if known) | 26-00822-5 |
|---|---|---|---|
| | Name | | |

---

**3.38** | **Nonpriority creditor's name and mailing address**
Shah Alam
5222 Ridgewood Reef
Houston, TX 77041

As of the petition filing date, the claim is: Check all that apply.     **$165,300.00**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☐ No   ☒ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**
Trellis Software, Inc.
53 State Street
23rd Floor
Boston, MA 02110

As of the petition filing date, the claim is: Check all that apply.     **$5,131.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**
Viqas Zafar
936 Cozy Oak Ave.
Cary, NC 27519

As of the petition filing date, the claim is: Check all that apply.     **$82,650.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address**
Zafar Iqbal
6205 Nelway Dr.
Mc Lean, VA 22101

As of the petition filing date, the claim is: Check all that apply.     **$27,550.00**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☐ No   ☒ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address**
Zeenat Iqbal
6205 Nelway Dr.
Mc Lean, VA 22101

As of the petition filing date, the claim is: Check all that apply.     **$27,550.00**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☐ No   ☒ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address**
Zeeshan Khan
1460 240th Ave. NE
Sammamish, WA 98074-5405

As of the petition filing date, the claim is: Check all that apply.     **$82,650.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 3,656,309.00 |

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 6 of 7

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   __NecoSage LLC__                                    Case number (if known)    __26-00822-5__
              Name

**5c. Total of Parts 1 and 2**
     Lines 5a + 5b = 5c.                          5c.    $ _____3,656,309.00__

**Fill in this information to identify the case:**

Debtor name     NecoSage LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   26-00822-5

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*         *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      NecoSage LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    26-00822-5

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                        12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Direct and/or indirect Debtor affiliates | | CBFD4, LLC | ☒ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      NecoSage LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   26-00822-5

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date: From 01/01/2026 to Filing Date | ☒ Operating a business <br> ☐ Other | $109,100.00 |
   | For prior year: From 01/01/2025 to 12/31/2025 | ☒ Operating a business <br> ☐ Other | $613,180.34 |
   | For year before that: From 01/01/2024 to 12/31/2024 | ☒ Operating a business <br> ☐ Other | $57,479.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | NecoSage LLC | | Case number *(if known)* 26-00822-5 |
|---|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | CBFD4, LLC<br>c/o Rebiz<br>1925 St Clair Ave Ne<br>Cleveland, OH 44114 | 12/4/2025 | $42,000.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | Brett Walter<br>961 Peachtree Battle Ave NW<br>30327 | 12/8/2025:<br>$10,834<br>1/2/2026:<br>$25,000<br>1/30/2026:<br>$12,500<br>2/12/2026:<br>$50,768 | $99,102.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.3. | BEC Capital LLC<br>4600 N. 68th St.<br>Unit 360<br>Scottsdale, AZ 85251 | 12/5/25 -<br>$2,500<br>1/2/26 -<br>$5,000<br>1/29/26 -<br>$2,500<br>2/18/26 -<br>$2,500 | $12,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | TSH Growth Strategy<br>30 N. Gould St.<br>Suite R<br>Sheridan, WY 82801 | 1/2/26 -<br>$7,500<br>2/12/26 -<br>$8,667 | $14,167.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | QuickBooks Payment | 1/6/26 - $40<br>1/16/26 -<br>$24,315<br>2/6/26 -<br>$2,180<br>3/6/26 - $30<br>3/12/26 -<br>$1,940 | $28,505.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | Sannan PK<br>TecHub<br>585 H3<br>Johar Town, Lahore, Pakistan 54000 | 12/8/25 -<br>$4,030.27<br>12/31/26 -<br>$4,030.27<br>2/6/26 -<br>$3,023.06 | $11,083.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. | Valeska Xilonem Suarez Solis<br>1210 Trinity Oaks Lane<br>Apt. 301<br>Raleigh, NC 27607 | 12/5/25 -<br>$2,708.67<br>1/2/26 -<br>$5,416.67<br>1/29/26 -<br>$2,708.67<br>2/12/26 -<br>$2,708.67 | $13,542.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | NecoSage LLC | Case number *(if known)* 26-00822-5 |
| --- | --- | --- |

may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1. Janico LLC 4445 Corporation Ln Suite 264 Virginia Beach, VA 23462 | 8/13/25 - $5,000 8/19/25 - $5,000 8/27/25 $5,000 8/27/25 - $25.00 | $15,025.00 | |
| 4.2. TSH Growth Strategy 30 N. Gould St. Suite R Sheridan, WY 82801 | 1/2/26 - $7,500 2/12/26 - $8,667.00 | $16,167.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

| Part 3: | Legal Actions or Assignments |
| --- | --- |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☒ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | NecoSage LLC | Case number *(if known)* | 26-00822-5 |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 12/4/25 - $25,00012/31/25 - $25,0002/5/2026 - $29,000See attachment | |
| | Goldstein & McClintock LLLP<br>111 W Washington St<br>Chicago, IL 60602-2703 | | | $79,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | AK Restructuring LLC<br>7844 154th Ct N<br><br>Palm Beach Gardens, FL 33418 | | 12/9/25 - $25,0002/5/26 - $25,000 | $50,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **4**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | NecoSage LLC | Case number *(if known)* | 26-00822-5 |
|---|---|---|---|

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | The Debtor may have had other addresses, but the undersigned has not yet been able to ascertain. | |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒   No. Go to Part 9.
☐   Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If   debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒   No.
☐   Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒   No. Go to Part 10.
☐   Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of America | XXXX-6041 | ☒ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 10/10/25 | $4,782.95 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | NecoSage LLC | Case number *(if known)* 26-00822-5 |
|---|---|---|

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | Fidelity | **XXXX**-9004 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 3/26/2025 | $99.00 |
| 18.3. | Fidelity | **XXXX**-1008 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 3/25/2025 | $2,474.26 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | NecoSage LLC | Case number *(if known)* | 26-00822-5 |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Harry Haus<br>H2 Accounting LLC<br>2240 New River Inlet Road<br>North Topsail Beach, NC 28460 | |
| 26a.2. | Mohsin Ali<br>TecHub<br>585 HS, Johar Tow<br>Lahore, Pakistan 54000 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | NecoSage LLC | Case number *(if known)* | 26-00822-5 |
|---|---|---|---|

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Farooq Cheema | | Manager/President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Qamar Abbas | | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Muhammad Hussain | | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Al Kirchhein | | Chief Restructuring Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Simorq Capital, LLC | | Member | 50% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| The undersigned has not yet been able to ascertain | | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See answer to Number 4 | | | |
| | **Relationship to debtor** | | | |

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **8** |
|---|---|---|

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   NecoSage LLC                                                  Case number (if known)   26-00822-5

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

⊠ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

⊠ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     April 1, 2026

/s/ Albert Kirchhein*                                  Albert Kirchhein*
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor     Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
⊠ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of North Carolina

| | | | |
|---|---|---|---|
| In re | NecoSage LLC | Case No. | 26-00822-5 |
| | Debtor(s) | Chapter | 11 |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Aamir Siddiqui<br>1042 Audubon Rd.<br>Grosse Pointe, MI 48230 | | 0.12% | Limited Partner |
| Abdul Mannan<br>6937 Dolce St.<br>Orlando, FL 32819-5233 | | 0.17% | Limited Partner |
| Abhay Jain<br>21615 NE 103rd St<br>Redmond, WA 98053 | | .42% | Limited Partner |
| Abida Nasreen<br>10733 Vale Rd.<br>Oakton, VA 22124 | | .83% | Limited Partner |
| Ahmad Riaz Cheema<br>55 Windemere Ln<br>Morgantown, WV 26508 | | 0.17% | Limited Partner |
| Ahmed Nasrullah<br>924 Towlston Rd.<br>Mc Lean, VA 22102-1025 | | 0.20% | Limited Partner |
| Akazia LLC<br>2616 N. Hermitage Ave.<br>Chicago, IL 60614 | | .63% | Limited Partner |
| Aqueel Pabaney<br>730 Estate Way<br>Atlanta, GA 30319 | | 0.17% | Limited Partner |
| Arif Masood<br>275 Brandywine Dr.<br>Orangeburg, NY 10962 | | .58% | Limited Partner |
| Ashwin Bhave<br>2120 Frank St.<br>Vienna, VA 22182 | | .29% | Limited Partner |
| Brian Gealey<br>23 Rio Vista Lane<br>Richmond, VA 23226 | | 0.13% | Limited Partner |
| Bryan R Seastead<br>99 Indian Ridge Rd.<br>Sudbury, MA 01776 | | .28% | Limited Partner |

Sheet 1 of 6 in List of Equity Security Holders

In re: **NecoSage LLC**                                      Case No. 26-00822-5
                                      Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Carpe Diem Semper LLC<br>19805 Rothschild Ct<br>Ashburn, VA 20147-4124 | | 1.63% | Limited Partner |
| Chaudhri Family 19 LLC<br>10801 Brickyard Court<br>Potomac, MD 20854 | | .17% | Limited Partner |
| Cloud9 Security Services, Inc.<br>7016 Green Oak Dr.<br>Mc Lean, VA 22101-1551 | | 0.21% | Limited Partner |
| Creative REH, LLC<br>905 White Pine Pl.<br>Potomac, MD 20854 | | .60% | Limited Partner |
| Danial Malik<br>10733 Vale Rd<br>Oakton, VA 22124 | | .30% | Limited Partner |
| Dilip Kumar<br>1119 N. 26th St.<br>Richmond, VA 23223 | | 0.11% | Limited Partner |
| Dr. Mehmood Khan<br>47 Round Hill Rd.<br>Greenwich, CT 06831-3740 | | .13% | Limited Partner |
| Dr. Syed Noor Zaman<br>7003 Tiffany Cir.<br>Fayetteville, NY 13066 | | .63% | Limited Partner |
| Drew Niv<br>1159 Royal Palm Way<br>Boca Raton, FL 33432 | | 0.09% | Limited Partner |
| Ghazenfar Mansoor<br>23416 Summerstown Pl.<br>Sterling, VA 20166-2178 | | .36% | Limited Partner |
| HFLP, LLC<br>8401 Maryland Dr.<br>Suite A<br>Richmond, VA 23294 | | .23% | Limited Partner |
| Imran Shah<br>10 Dey Farm Road<br>West Windsor, NJ 08550 | | .84% | Limited Partner |

List of equity security holders consists of 6 total page(s)

Software Copyright (c) 1996-2026 Best Case, LLC  - www.bestcase.com                                      Best Case Bankruptcy

In re:   **NecoSage LLC**                                                    Case No.  26-00822-5
                                                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jamshed Qamar<br>6609 Neptune Ct<br>San Jose, CA 95120 | | .38% | Limited Partner |
| Jon Chang<br>17532 Williamsburg Court<br>Northville, MI 48168 | | 0.09% | Limited Partner |
| Kashif Mueen<br>3013 Seneca Ct<br>Cheswick, PA 15024 | | .07% | Limited Partner |
| Khalid Mahmood<br>7503 Raes Creek<br>Spring, TX 77389 | | .85% | Limited Partner |
| Mahvir Ashlrvad LLC<br>4 Manor House Dr.<br>Cherry Hill, NJ 08003-5145 | | .92% | Limited Partner |
| Mala Britto<br>6217 Hardy Dr.<br>Mc Lean, VA 22101 | | 0.16% | Limited Partner |
| Mars Shah<br>11 Aspen Dr.<br>Cedar Grove, NJ 07009-2304 | | .29% | Limited Partner |
| Masood Malik<br>10733 Vale Rd.<br>Oakton, VA 22124 | | .75% | Limited Partner |
| Medprop LLC<br>1467 Mayhurst Blvd.<br>Mc Lean, VA 22102 | | 0.25% | Limited Partner |
| MFD Capital Partners LLC<br>1735 Barbee St.<br>Mc Lean, VA 22101 | | 0.17% | Limited Partner |
| Mohammad Usman Zafar<br>1422 Belcastle Ct<br>Reston, VA 20194 | | 0.24% | Limited Partner |
| Mohammad Zaheer and Muneeza Zaheer<br>910 Tyler Run<br>Sugar Land, TX 77479 | | 0.21% | Limited Partner |

List of equity security holders consists of 6 total page(s)

Software Copyright (c) 1996-2026 Best Case, LLC   - www.bestcase.com                                                    Best Case Bankruptcy

In re:  **NecoSage LLC**                                                                Case No.  26-00822-5
                                                            Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| MSETO Investments LLC<br>10320 La Reina Road<br>Delray Beach, FL 33446 | | 1.29% | Limited Partner |
| Naya LLC<br>2903 Davenport Drive SE<br>Hampton Cove, AL 35763 | | 1.83% | Limited Partner |
| Paul Brizzi<br>930 Broadway Blvd.<br>Apt. 110<br>Kansas City, MO 64105 | | 0.08% | Limited Partner |
| Peter Zangari<br>5 Falcon Point Drive<br>Caldwell, NJ 07006-4592 | | 0.21% | Limited Partner |
| Pure Pak LLC<br>1108 Centennial Drive<br>Chattanooga, TN 37405 | | 1.67% | Limited Partner |
| Riaz Siddiqi<br>369 Piney Point Rd.<br>Houston, TX 77024 | | 2.82% | Limited Partner |
| Saanya Ali<br>317 West 87th Street<br>Apt. 9E<br>New York, NY 10024 | | 0.10% | Limited Partner |
| Sadaf Kashif<br>3013 Seneca Ct<br>Cheswick, PA 15024 | | .25% | Limited Partner |
| Saf Paise LLC<br>502 E. Creek Ct.<br>Vienna, VA 22180 | | .47% | Limited Partner |
| Scale Expeditions LLC<br>70 Hull Street<br>Newtonville, MA 02460 | | 0.25% | Limited Partner |
| Shloak Jain<br>21615 NE 103rd St<br>Redmond, WA 98053 | | .18% | Limited Partner |

List of equity security holders consists of 6 total page(s)

Software Copyright (c) 1996-2026 Best Case, LLC   - www.bestcase.com                                                        Best Case Bankruptcy

In re:  **NecoSage LLC**                                                    Case No.  26-00822-5
                                               Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Simorq Capital, LLC<br>8 The Green<br>Suite B<br>Dover, DE 19901 | | 50% | General Partner |
| STRATA Trust Company<br>595 Creedon Cir.<br>Alameda, CA 94502 | | .42% | Limited Partner |
| Suleman J Bangash<br>1710 Heron Way<br>Hoffman Estates, IL 60192 | | 0.25% | Limited Partner |
| Syed Furqan Zaidi<br>1111 23rd St. NW<br>Apt. 3C<br>Washington, DC 20037-3319 | | 0.04% | Limited Partner |
| Tazeen Hashmi<br>13313 Falls Rd.<br>Cockeysville, MD 21030 | | 0.17% | Limited Partner |
| Translp, Inc.<br>10801 Brickyard Court<br>Potomac, MD 20854 | | .76% | Limited Partner |
| Whiskey Tango LLC<br>8424 W. Clara Dr.<br>Niles, IL 60714 | | 0.17% | Limited Partner |
| Yusuf Azaz<br>24618 Virginia Dogwood Pl.<br>Aldie, VA 20105 | | 0.11% | Limited Partner |
| Zafar Iqbal<br>6205 Nelway Dr.<br>Mc Lean, VA 22101 | | 0.08% | Limited Partner |
| Zaki Fasihudding<br>2104 Redbird Dr.<br>Las Vegas, NV 89134-6160 | | 0.13% | Limited Partner |
| Zayd Ali<br>1080 Amsterdam Ave.<br>Apt. 504<br><br>New York, NY 10025 | | 0.10% | Limited Partner |

List of equity security holders consists of 6 total page(s)

Software Copyright (c) 1996-2026 Best Case, LLC   - www.bestcase.com                                    Best Case Bankruptcy

In re:   **NecoSage LLC**                                          Case No.  26-00822-5
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Zeenat Iqbal<br>6205 Nelway Drive<br>Mc Lean, VA 22101 | | 0.13% | Limited Partner |
| Zeeshan Huque<br>41652 Appleyard Pl.<br>Ashburn, VA 20148-1716 | | .66% | Limited Partner |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   April 1, 2026                              Signature   /s/ Albert Kirchhein*
                                                              Albert Kirchhein*

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 6 total page(s)
Software Copyright (c) 1996-2026 Best Case, LLC   - www.bestcase.com                              Best Case Bankruptcy

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re ___NecoSage LLC_____      Case No.   ___26-00822-5_____
                                                    Debtor(s)      Chapter    ___11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

  For legal services, I have agreed to accept ...................................................................   $   _____

  Prior to the filing of this statement I have received ......................................................   $   _____

  Balance Due .......................................................................................................................   $   _____

☒   **RETAINER**

  For legal services, I have agreed to accept and received a retainer of...........................   $   _____0.00

  The undersigned shall bill against the retainer at an hourly rate of...............................   $   _____0.00
  [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

  ☒  Debtor  ☐  Other (specify):

3.   The source of compensation to be paid to me is:

  ☒  Debtor  ☐  Other (specify):

4.   ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

  ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

  a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
  b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
  c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
  d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
  e.  [List other services that counsel has agreed to provide]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

  I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

___April 1, 2026_____      /s/ Maria Aprile Sawczuk
 *Date*      Maria Aprile Sawczuk
         *Signature of Attorney*
         Goldstein & McClintock LLLP
         501 Silverside Road, Suite 65
         Wilmington, DE 19809
         (302) 444-6710   Fax: (302) 444-6709
         marias@goldmclaw.com
         *Name of law firm*

---

ATTACHMENT TO SOFA 11 AND DISCLOSURE OF COMPENSATION

The current amount held in retainer by Goldstein & McClintock LLLP is $0.00.  Goldstein & McClintock LLLP has not received any amounts from the Debtor other than the $79,000 in retainers paid to the firm pre-petition by the Debtor for restructuring and bankruptcy counsel.   Those retainers were paid in three separate transactions on the dates listed in section 11.1 of the Debtor's Statement of Financial Affairs.  Each retainer was depleted after it was paid but prior to the entry of the Order for Relief.  No additional compensation has been paid to Goldstein & McClintock LLLP.  The payments were made for the representation of both NecoSage, LLC and Urban Red, LLC in this matter.

One payment from the Debtor was also transferred by the Debtor to Goldstein & McClintock LLLP's escrow account to be disbursed to the the Debtor's Chief Restructuring Officer's (the "*CRO's*") firm, AK  Restructuring LLC.  Those funds, in the amount of $25,000, was transferred by the Debtor on December 5, 2025 and promptly disbursed to the CRO's firm (to fund the CRO's retainer).  As listed in section 11.1 of the Debtor's Statement of Financial Affairs, the CRO received a second payment of $25,000 directly from the Debtor on February 5, 2026.

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   NecoSage LLC

Debtor(s)

Case No.   26-00822-5

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   April 1, 2026

/s/ Albert Kirchhein*
Albert Kirchhein*/Chief Restructuring Officer
Signer/Title

Software Copyright (c) 1996-2026 Best Case, LLC   - www.bestcase.com                    Best Case Bankruptcy

Akbar Jaffer
8101 S. 19th Way
Phoenix, AZ 85042


Anne Stevens
295 Greene St.
U295
New Haven, CT 06511-6940


Ashwin Bhave
2120 Frank St.
Vienna, VA 22182


Bayinnah Foundation
2208 Greendale Ct.
Bedford, TX 76022


Bayyinah LLC
2208 Greendale Ct.
Bedford, TX 76022


CBFD4, LLC
c/o Rebiz LLC
1925 St Clair Ave Ne
Cleveland, OH 44114


Cherry Bekaert Advisory LLC
3800 Glenwood Ave.
Suite 200
Raleigh, NC 27612


Direct and/or indirect Debtor affiliates


Endgame Holding
113 Glenlake Ave.
Park Ridge, IL 60068


Essmaeel Abdel Dayem
25 Thatcher St.
5
Brookline, MA 02446


Farrukh Saleem
905 White Pine Pl.
Potomac, MD 20854


H2 Accounting LLC
2240 New River Inlet Road
North Topsail Beach, NC 28460


Hamid Kamal
6714 Harmony Dr.
Fayetteville, NY 13066

Haseeb Chowdhry
10120 Ancient Sea Path
Laurel, MD 20723


Hassan Mir
201 North Franklin St.
Suite 2000
Tampa, FL 33602


Hina Hussain
4526 Club House Dr.
Marietta, GA 30066


Huddpudd LLC


Humaira Qureshi
475 K St. NW
Unit 1011
Washington, DC 20001


Imran Chaudhri
10801 Brickyard Ct.
Potomac, MD 20854


Khurram Agha
12518 Loxley Dr.
Frisco, TX 75035


Mansoor Mohsin
17231 NE 16th Pl.
Bellevue, WA 98008-3134


Meghbartma Gautam
1768 Monticello Rd.
San Mateo, CA 94402


Michal Filipowski
43116 Westchester Ct.
Novi, MI 48375


Nadeem Pathan
43470 Riverpoint Dr.
Leesburg, VA 20176-1693


Nauman Khan
24198 NE 15th Way
Sammamish, WA 98074-5030


Neel Desai
30 E. Concord St.
Apt. 24
Boston, MA 02118

Olga Pozharskaya
8 Bayberry Dr.
Apt. 2
Sharon, MA 02067-1321


Patt McGlynn
7604 Wheatcroft Ct.
Bethesda, MD 20817


PK -Ammar Haider


PK Team


Polina Ware
191 Yew St.
Douglas, MA 01516


Raman Gulati
3814 Brittany Ln.
La Crescenta, CA 91214


Rehan Hamid
217 165th Ave. NE
Bellevue, WA 98008


Rehan Rashid
839 Blacks Hill Rd.
Great Falls, VA 22066-1301


Riaz Ali Shah
10205 Garden Highway
Sacramento, CA 95837


Ruqia Banu Iqbal
6205 Nelway Dr.
Mc Lean, VA 22101-3138


Saf Paisa LLC
4445 Corporation Lane
Suite 264
Virginia Beach, VA 23462


Scott Sperling
5 Jay Ct.
Sayville, NY 11782


Shah Alam
5222 Ridgewood Reef
Houston, TX 77041


Trellis Software, Inc.
53 State Street
23rd Floor
Boston, MA 02110

Viqas Zafar
936 Cozy Oak Ave.
Cary, NC 27519


Zafar Iqbal
6205 Nelway Dr.
Mc Lean, VA 22101


Zeenat Iqbal
6205 Nelway Dr.
Mc Lean, VA 22101


Zeeshan Khan
1460 240th Ave. NE
Sammamish, WA 98074-5405

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   NecoSage LLC

Debtor(s)

Case No.   26-00822-5

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  NecoSage LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Simorq Capital, LLC
8 The Green
Suite B
Dover, DE 19901

☐ None [*Check if applicable*]

April 1, 2026

Date

/s/ Maria Aprile Sawczuk

Maria Aprile Sawczuk

Signature of Attorney or Litigant

Counsel for   NecoSage LLC

Goldstein & McClintock LLLP

501 Silverside Road, Suite 65
Wilmington, DE 19809
(302) 444-6710  Fax:(302) 444-6709
marias@goldmclaw.com